UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELIZABETH A. YARGER,

    Plaintiff,

v.                                              CASE NO: 8:05-cv-1799-T-26MSS

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
    _____/

## O R D E R

Before the Court is the Report and Recommendation of United States Magistrate Judge Mary S. Scriven (Dkt. 19) in which she recommends reversing Defendant's decision denying Plaintiff's claim and remanding for a calculation and award of benefits. Defendant filed written objections, and Plaintiff filed a written response to the objections. (Dkts. 20 & 22). After careful consideration of the Report and Recommendation, the objections, and the response thereto, and after conducting an independent review of the record, the Court concludes that the Report and Recommendation is due to be confirmed and approved in all respects and made a part of this order for all purposes.

    **ACCORDINGLY**, it is **ORDERED AND ADJUDGED** as follows:

    (1)    The Report and Recommendation of Judge Scriven is confirmed and approved in all respects and made a part of this order for all purposes.

(2)     Defendant's decision denying Plaintiff's claim is reversed and remanded for further proceedings consistent with the Report and Recommendation.

(3)     The Clerk is directed to enter judgment for Plaintiff and to close this case.

**DONE AND ORDERED** at Tampa, Florida, on September 11, 2006.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record